IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>LUIS MANUEL RUIZ RUIZ | Case No. 15-04548(MCF Ch. 12) |
|---|---|

## Debtor's Report on Sale of 1,000 Liters/Quarts of Milk Quota

TO THE HONORABLE COURT:

COMES NOW, DEBTOR, LUIS MANUEL RUIZ RUIZ through the undersigned attorney, and very respectfully alleges, informs and prays as follows:

1. The present Chapter 12 Case was filed on June 16, 2015, and was numbered 15-04548-MCF12.

2. The Debtor filed a Motion to Sell 1,000 liters/quarts of Milk Quota on August 30, 2021 at Docket No. 229.

3. The Court granted the Motion for Sale as per Order dated September 13, 2021, at Docket No. 233.

4. The sale was executed on September 20, 2021.

1

5. The Debtor includes evidence of executed sale agreement as per EXHIBIT 1 included herein. Said Exhibit 1 includes the evidence that the sale agreement was delivered to ORIL on September 21, 2021 and of the manager's check of $8,000 that will be deposited with the Clerk of Court

6. The Debtor requests that this Honorable Court takes notice of the sale as evidenced herein.

**Wherefore** Debtor requests that this Honorable Court takes notice of the sale as evidenced herein

**RESPECTFULLY SUBMITTED** in Mayaguez, Puerto Rico, this September 22, 2021.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

/s/ Homel A Mercado Justiniano
Attorney for Debtor, Luis M Ruiz Ruiz

USDC-PR – 229705
Calle Ramírez Silva #8,
Ensanche Martínez
Mayaguez PR 00680
Tel.: (787) 831 – 2577 / 805 – 2945
Fax.: (787) 805 – 7350
Cell.: (787) 364 – 3188
Hmjlaw2@gmail.com

## ACUERDO DE COMPRAVENTA DE CUOTA DE LECHE

**DE UNA PARTE: LUIS MANUEL RUIZ RUIZ,** mayor de edad, soltero, agricultor y vecino de Arecibo, Puerto Rico, en adelante denominado el *"Vendedor"*.

**DE LA OTRA PARTE: REYCO L GONZÁLEZ GONZÁLEZ y YEISSETTE F. VÁZQUEZ DELGADO,** mayores de edad, casados entre sí, residentes y vecinos de de Hatillo, PR, en adelante denominado como el *"Comprador"*. **Reyco L. González González,** es ganadero con licencia de ORIL 3449

### EXPONEN Y CONVIENEN

1) El Vendedor tenía licencia número **3087**, autorizada por el Departamento de Agricultura del Estado Libre Asociado de Puerto Rico, con un total de 57,321 cuartillos de cuota de leche para producir leche cruda cada 14 días. Dicho ganadero tuvo en su día 63,321 cuartillos de cuota de leche pero la misma ha sido reducida en 6,000 cuartillos luego de dos ventas registradas en el año 2021 las cuales fueron aprobadas por el Tribunal de Quiebras de Puerto Rico. Dicha licencia esta revocada por ORIL.

2) El Comprador, quien opera una vaquería en el municipio de Hatillo, Puerto Rico, con el número de licencia **3449** autorizada por el Departamento de Agricultura del Estado Libre Asociado de Puerto Rico, desea comprar en este acto **MIL (1,000)** cuartillos de la cuota pertenecientes al Vendedor.

3) El vendedor es deudor bajo un caso de Capítulo 12 del Código de Quiebras con el número 15-04548-MCF12. El día 30 de agosto de 2021, el Vendedor solicitó permiso al Tribunal de Quiebras para vender la suma de 1,000 litros/cuartillos de Cuota de Leche al Comprador. La Moción solicitando permiso al Tribunal de Quiebras para realizar la presente venta se radicó en la entrada "Docket" número 229, incluido aquí como **EXHIBIT 1**. El Tribunal de Quiebras aprobó la Moción de Venta de Cuota de Leche por medio de una orden con fecha del 13 de septiembre de 2021 en la entrada "Docket" número 229, incluido aquí como **EXHIBIT 2**.

4) Mediante el presente otorgamiento, el Vendedor **VENDE, CEDE** y **TRASPASA** a favor del Comprador **MIL (1,000)** cuartillos de la cuota de leche para producir leche cruda cada 14 días mencionados anteriormente.

4) El convenido y ajustado precio de compraventa de la cuota aquí transferida es de **OCHO DOLARES ($8.00) POR CADA CUARTILLO,** para un total de **OCHO MIL DOLARES ($8,000.00),** cuyo pago se desglosa de la siguiente manera:

(i) La suma de **DIEZ MIL DOLARES ($8,000.00),** es entregada por el Comprador en un Cheque de Gerente a nombre de CLERK US BANKRUPTCY COURT, que

será depositado en la cuenta de la secretaría/Clerk del Tribunal de Quiebras según dispone la Orden de dicho Tribunal.

5) El Vendedor manifiesta que la cuota aquí transferida se encuentra libre de todas cargas en los récords del Departamento de Agricultura.

6) Manifiesta el Comprador que los OCHO MIL DOLARES ($8,000.00) a ser utilizados para la compra de la cuota de leche, objeto del presente acuerdo, provienen del propio peculio del Comprador, por cuya suma ha emitido un cheque de gerente y/o certificado pagadero a la orden de CLERK US BANKRUPTCY COURT para ser depositados en la cuenta de la secretaría/Clerk del Tribunal de Quiebras Para el Distrito de Puerto Rico según dispone la Moción y la Orden incluidos como EXHIBIT 1 y 2.

7) Manifiesta el Comprador que el propósito y necesidad de efectuar la presente compraventa es que ha tomado la decisión de aumentar su producción de leche y continuar creciendo en dicha industria.

8) Manifiesta el Vendedor que el propósito y necesidad de efectuar la presente compraventa es que tiene una orden del Tribunal de Quiebras que exige que se venda toda la cuota que antes había en la licencia 3087.

9) Manifiesta el Vendedor que tiene la capacidad necesaria para otorgar este contrato, cuyo otorgamiento no requiere la aprobación de persona o entidad alguna, natural, jurídica o gubernamental, ni constituye un incumplimiento o violación de cualquier ley, reglamento u ordenanza, decreto judicial o administrativo, federal, insular o municipal, cualquier laudo de arbitraje o cualquier contrato que pueda obligarle o serle aplicable. Además de que existe y se incluye los documentos del Tribunal de Quiebras que autorizan y permiten el presente negocio jurídico.

10) Manifiesta el Vendedor que no posee deuda con la Oficina para la Reglamentación de la Industria Lechera del Departamento de Agricultura del Estado Libre Asociado de Puerto Rico ("*ORIL*") ni con Fondo para el Fomento de la Industria Lechera por concepto de decomiso de leche ni de cualquier otro concepto con dichas Agencias Gubernamentales.

11) Este Acuerdo de Compraventa de Cuota de Leche tendrá fecha de vigencia según el orden que establece ORIL, el cual está basado en la fecha de presentación de los documentos. ("*Fecha de Efectividad*").

12) Conforme a lo antes expuesto, las partes solicitan al Honorable Administrador de la Oficina para la Reglamentación de la Industria Lechera de Puerto Rico proceda a traspasar la cuota objeto de la presente compraventa a favor del Comprador en o antes de la Fecha de Efectividad.

Las partes aquí comparecientes reconocen que han leído el presente Acuerdo y que aceptan y están de acuerdo con los términos y condiciones aquí incluidos y que ejecutan el presente acuerdo voluntariamente y con completo entendimiento de los efectos y consecuencias del mismo.

Suscrito en Mayaguez, Puerto Rico, hoy 20 de septiembre de 2021

**VENDEDOR:**

_____
**LUIS MANUEL RUIZ RUIZ**

Dirección: HC 6 BOX 10318
Hatillo, Puerto Rico 00659-6633

**COMPRADOR:**

_____
**REYCO L GONZALEZ GONZALEZ**

_____
**YEISSETTE F. VÁZQUEZ DELGADO**

Dirección: Rd. 493 km. 1.9 interior,
Barrio Corcovado, Hatillo PR 00659

Afidávit Número: 1874

Suscrito ante mí por **LUIS MANUEL RUIZ RUIZ**, mayor de edad, soltero, propietario y vecino de Arecibo, Puerto Rico quien doy fe de conocer personalmente; y **REYCO L GONZALEZ GONZALEZ** Puerto Rico y Yeissette F. Vázquez Delgado, mayores de edad casados entre sí, vecinos y residentes de Hatillo, PR, ganadero a quien identifico con sus respectivas licencias de conducir, expedida por el Estado Libre Asociado de Puerto Rico

En Mayagüez, Puerto Rico, hoy 20 de septiembre de 2021.



**Oriental**
PO BOX 195115
SAN JUAN PR 00919-5115

PAY ONLY **8000** 00
EIGHT ZERO ZERO ZERO CTS CTS

■ EIGHT THOUSAND DOLLARS AND ZERO CENTS **********

Pay to the Order of: **CLERK US BANKRUPTCY CORP**

MEMO: REYCO L GONZALEZ GONZALEZ

**Manager's Check**
CHECK NO. 222246896
101-7141 / 2215

DATE September 20, 2021
AMOUNT *****$8,000.00

Over $10,000 requires two signatures

**NON-NEGOTIABLE CUSTOMER COPY**

---

THE FACE OF THIS CHECK IS PRINTED GREEN-THE BACK CONTAINS A SIMULATED WATERMARK

**Oriental**
PO BOX 195115
SAN JUAN PR 00919-5115

PAY ONLY **8000** 00
EIGHT ZERO ZERO ZERO CTS CTS

■ EIGHT THOUSAND DOLLARS AND ZERO CENTS **********

Pay to the Order of: **CLERK US BANKRUPTCY CORP**

MEMO: REYCO L GONZALEZ GONZALEZ

**Manager's Check**
CHECK NO. 222246896
101-7141 / 2215

DATE September 20, 2021
AMOUNT *****$8,000.00

Over $10,000 requires two signatures

*Tatiana R. Santiago* 
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

⑈222246896⑈    221571415    9811800999⑈

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-04548-MCF12<br>District of Puerto Rico<br>Old San Juan<br>Mon Aug 30 14:09:33 AST 2021 | ACM CCSC OB VII (CAYMAN) ASSET COMPANY<br>221 PONCE DE LEON AVE<br>SUITE 1204<br>SAN JUAN, PR 00917-1806 | ACRECENT FINANCIAL CORPORATION<br>PO BOX 9746<br>SAN JUAN, PR 00908-0746 |
| BPPR as servicing agent of Oriental Bank<br>#500 MUNOZ RIVERA AVE<br>COND EL CENTRO I<br>SUITE 211 - 214<br>HATO REY, PR 00918 | Puerto Rico Land Authority<br>Office for Accounts Receivable<br>PO Box 9745<br>San Juan, PR 00908-0745 | STATE INSURANCE FUND<br>WALLY DE LA ROSA VIDAL<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| USDA FARM SERVICE AGENCY<br>FORTUNO & FORTUNO FAS CSP<br>PO BOX 9300<br>SAN JUAN, PR 00908-0300 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO Box 70101<br>San Juan, PR 00936-8101 |
| ACM CCSC OB VII (Cayman) Asset Company<br>c/o Capital Crossing Puerto Rico LLC<br>Ave. Ponce de Leon #221, Suite 1204<br>San Juan PR 00917-1806 | ACRECENT Financial Corporation<br>PO Box 363372<br>San Juan, PR 00936-3372 | Adm Alliance Nutricion Of PR. LLC<br>PO Box 908<br>Hatillo, PR 00659-0908 |
| Autoridad De Tierras De Puerto Rico<br>Oficina De Cuentas Por Cobrar<br>Apartado 9745<br>Santuirce, PR 00908-0745 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO SANTANDER PUERTO RICO<br>QUIEBRAS<br>P O BOX 362589<br>SAN JUAN, PR 00936-2589 |
| CRIM<br>PO BOX 195387 SAN JUAN PR 00919-5387 | Firstbank<br>PO Box 9146<br>San Juan, PR 00908-0146 | Granted Recovery Group, LLC<br>P.O. Box 50549<br>Toa Baja, P.R. 00950-0549 |
| Internal Revenue Services<br>City View Plaza II<br>48 Carr 165 Ste 2000<br>Guaynabo, PR 00968-8000 | Isabel Ruiz Lopez<br>Barrio Capaez<br>Carr 492 Km 1.1<br>Hatillo, PR 00659 | Luz Nivia Ruiz Lopez<br>BARRIO CAPAEZ<br>Carr. 492 Km. 1.1<br>Hatillo, PR 00659 |
| ORIENTAL BANK - SPECIAL ASSETS DEPTARTMENT<br>P.O. BOX 195115, SAN JUAN, PR 00919-5115 | Oriental Bank<br>PO Box 71578<br>San Juan, PR 00936-8678 | Oriental Bank Mortgage<br>PO Box 71578<br>San Juan, PR 00936-8678 |
| PR LAND AUTHORITY<br>PO BOX 9746<br>SAN JUAN PR 00908-0746 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PUERTO RICO 00936-5028 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Suiza Dairy<br>Ave. San Patricio<br>Esq. De Diego Urb. La Riviera<br>Rio Piedras, PR 00921 | Totti & Rodriguez Diaz, P.S.C.<br>Lcda. Cristina Fernandez<br>PO Box 191732<br>San Juan, PR 00919-1732 | USDA Farm Services<br>PO Box 200003<br>St Louis, MO 63120-0003 |

```
USDA-Farm Service Agency              HOMEL MERCADO JUSTINIANO           JOSE RAMON CARRION MORALES
654 Munoz Rivera Ave. Suite 829       8 CALLE RAMIREZ SILVA               PO BOX 9023884
San Juan, PR 00918-4127               ENSANCHE  MARTINEZ                  SAN JUAN, PR 00902-3884
                                      MAYAGUEZ, PR 00680


LUIS MANUEL RUIZ RUIZ                 MONSITA LECAROZ ARRIBAS
HC 06 BOX 10318                       OFFICE OF THE US TRUSTEE (UST)
HATILLO, PR 00659-6633                OCHOA BUILDING
                                      500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sears
PO Box 183081
Columbus, OH  43218-3081
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ORIENTAL BANK                      (u)ORIL                             End of Label Matrix
                                      SAN JUAN                            Mailable recipients    34
                                                                          Bypassed recipients     2
                                                                          Total                  36
```